**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Moran, | No. 05-2445-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Qwest Communications Corporation, | |
| Defendant. | |

Based on the discussion held, and rulings made, at the discovery dispute hearing, the Court issues the following order.

**IT IS ORDERED** Plaintiff is to provide the documents sought by Defendant no later than February 1, 2007.

**IT IS FURTHER ORDERED** the parties are to confer and then provide the Court with a proposed protective order.

**IT IS FURTHER ORDERED** the parties are to confer regarding an appropriate extension of the discovery deadlines. The parties are to submit a revised Rule 16 Scheduling Order to the Court incorporating the extended discovery deadlines.

**IT IS FURTHER ORDERED** Plaintiff's deposition is to take place in Phoenix, Arizona.

1
2      DATED this 30th day of January, 2007.
3
4
5
                               _____
6                              Roslyn O. Silver
                               United States District Judge
7