**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Moran, | ) No. 05-cv-2445-PHX-ROS |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Qwest Communications Corporation, | ) |
| Defendant. | ) |

Plaintiff has filed a Motion to Compel Discovery and Notice of Motion for Protective Order.[1]  For the following reasons, the request for a protective order will be denied and the other discovery issues will be addressed at a hearing.

Plaintiff apparently believes that defense counsel will engage in a wide variety of inappropriate behavior during the deposition.  Plaintiff has provided no factual basis for these claims.  Plaintiff may object during the deposition according to Federal Rule of Civil Procedure 30(d)(4).

Accordingly,

---

[1]  This document does not appear on the Court's docket other than as an attachment to Defendant's Response.  (Doc. 68)

**IT IS ORDERED** the Notice of Motion for Protective Order is **DENIED**.  Plaintiff's deposition is to take place in Phoenix, Arizona on May 24, 2007.

**IT IS FURTHER ORDERED** a discovery dispute hearing is set for June 14, 2007 at 2:00 p.m.  At this hearing the Court will address all discovery issues, including requests for additional time to complete discovery.

**IT IS FURTHER ORDERED** Defendant's request for an award of its expenses is **DENIED** at this time.  The request may be renewed at the discovery dispute hearing.

DATED this 18th day of May, 2007.

_____
Roslyn O. Silver
United States District Judge