**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Moran, | No. CV-05-2445-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Qwest Communications Corporation, | |
| Defendant. | |

A discovery dispute has arisen between the parties. To resolve this dispute the parties are directed to comply with the following procedures. These procedures differ from those outlined in the Scheduling Order.

The party seeking discovery shall contact the opposing party and attempt to resolve the dispute. If the parties are unable to resolve the dispute, the party seeking discovery shall prepare a written summary of its position. The summary shall be no longer than one page. That summary should then be sent to the opposing party. Upon receipt, the opposing party shall prepare a written response. The written response shall be no longer than one page. A document containing both parties' summaries shall then be filed with the Court. The Court will review the document and determine what action is necessary. If the party seeking discovery does not *clearly* set forth the discovery sought, no hearing will be held and the

1 request for discovery will be summarily denied. If the Court determines that a hearing is
2 necessary an Order will be issued setting the time and date of the hearing.

3     Finally, the parties are directed to contact the Court only through written
4 correspondence filed with the Clerk's office. Contacting the Court by any means other than
5 written correspondence filed with the Clerk's office will result in the imposition of sanctions.
6 Also, failure to follow the discovery dispute procedures outlined above will result in the
7 imposition of sanctions.

8     Accordingly,

9     **IT IS ORDERED** the parties are to comply with the discovery dispute procedures and
10 contact procedures outlined above. Failure to comply with these procedures will result in the
11 imposition of sanctions.

13     DATED this 20th day of June, 2007.

_____
Roslyn O. Silver
United States District Judge